[No. 36036-5-II. Division Two. May 20, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. CHANCE MANWELL LAKEY RIVERS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-1-04001-7, Kitty-Ann van Doorninck, J., entered March 2, 2007. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Houghton, C.J., and Hunt, J.

[No. 36050-1-II. Division Two. May 20, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. RYAN HINRICHSEN, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 06-1-01000-9, Theodore F. Spearman, J., entered March 14, 2007. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Van Deren, A.C.J., and Bridgewater, J.

[No. 36107-8-II. Division Two. May 20, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. JERALD LEE McCOWAN, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 06-1-00490-6, James B. Sawyer II, J., entered March 19, 2007. *Affirmed in part* and *remanded* by unpublished opinion per Penoyar, J., concurred in by Houghton, C.J., and Hunt, J.

[No. 36341-1-II. Division Two. May 20, 2008.]

*In the Matter of the Marriage of* RANDALL REAY MACALA, *Appellant*, and MARY LOUISE MACALA, *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 93-3-01373-1, Leila Mills, J., entered April 27, 2007. *Affirmed in part* and *reversed in part* by unpublished opinion per Van Deren, A.C.J., concurred in by Bridgewater and Armstrong, JJ.